# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| BENJAMIN CUTLIP, | : Case No. 2:23-cv-2574 |
| Petitioner, | : |
| vs. | : District Judge Edmund A. Sargus, Jr. |
| | : Magistrate Judge Peter B. Silvain, Jr. |
| WARDEN, CORRECTIONAL RECEPTION CENTER, | : |
| Respondent. | : |

## ORDER

This matter is before the Court on Petitioner's Second Motion for Extension of Time and Notice. (Doc. #12). For good cause shown, Petitioner's Motion (Doc. #12) is **GRANTED**. The deadline for Petitioner to file his reply to Respondent's return of writ is hereby extended until **February 19, 2024**.

**IT IS SO ORDERED.**

January 24, 2024

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge