# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| BENJAMIN CUTLIP, | : | Case No. 2:23-cv-2574 |
| Petitioner, | : | |
| vs. | : | District Judge Edmund A. Sargus, Jr. |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| WARDEN, CORRECTIONAL RECEPTION CENTER, | : | |
| Respondent. | : | |

# ORDER

This matter is before the Court on Petitioner's Third Motion for Extension of Time. (Doc. #14).  For good cause shown, Petitioner's Motion (Doc. #14) is **GRANTED**.  The deadline for Petitioner to file his reply to Respondent's return of writ is hereby extended until **February 28, 2024**.

    **IT IS SO ORDERED.**

February 20, 2024

                                                     *s/Peter B. Silvain, Jr.*
                                                   Peter B. Silvain, Jr.
                                                   United States Magistrate Judge