# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

BENJAMIN CUTLIP,                     :            Case No. 2:23-cv-2574

     Petitioner,

- vs -                                            District Judge Edmund A. Sargus, Jr.
                                                  Magistrate Judge Michael R. Merz
WARDEN, Correctional Reception
  Center,
                                     :
     Respondent.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

     The Court has reviewed the  Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 19) to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, despite an extension of time, hereby ADOPTS said Report and Recommendations.

     Accordingly, it is hereby ORDERED that the Petition be DISMISSED with prejudice. Petitioner is DENIED any requested certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed *in forma pauperis*.

November 12, 2024.

                    s/Edmund A. Sargus, Jr.
                    District Judge Edmund A. Sargus, Jr.
                    United States  District Court