# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION AT COLUMBUS

BENJAMIN CUTLIP,                           :                    Case No. 2:23-cv-2574

    Petitioner,

- vs -                                                           District Judge Edmund A. Sargus, Jr.
                                                                 Magistrate Judge Michael R. Merz

WARDEN, Correctional Reception
 Institution,

                                            :

    Respondent.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 28) to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that Petitioner's Motion to Amend the Judgment (ECF No. 26) is DENIED. This case shall remain TERMINATED on the docket.

January 7, 2025.

s/Edmund A. Sargus, Jr.

District Judge Edmund A. Sargus, Jr.
United States District Court